Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

|  | Case No.:  19−22821−SLM |
|--|--|
|  | Chapter:  11 |
|  | Judge:  Stacey L. Meisel |

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cervantes, Inc.
    dba Bar Americana
   24 North Avenue East
   Cranford, NJ 07016

Social Security No.:

Employer's Tax I.D. No.:
   22−3782287

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/4/20 at 11:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by Anthony Sodono III on behalf of Cervantes, Inc.. Chapter 11 Small Business Debtors Exclusive Right to File a Plan Expires on 12/26/2019. Chapter 11 Small Business Plan due by 04/23/2020. (Sodono, Anthony)


Dated: 1/10/20

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court